UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SHERRI R. LOWE,                        )
                                       )
        Plaintiff,                     )
                                       )       CIVIL ACTION NO.
VS.                                    )
                                       )       3:17-CV-0704-G
DALLAS POLICE DEPARTMENT,              )
ET AL.,                                )
                                       )
        Defendants.                    )

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by plaintiff. The district court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

The court therefore **DENIES** plaintiff Sherri R. Lowe's September 26, 2017 motion for default judgment (docket entry 53).

**SO ORDERED**.

October 20, 2017.

_____
**A. JOE FISH**
**Senior United States District Judge**