UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION


SHERRI R. LOWE,                          )
                                         )
            Plaintiff,                   )
                                         )        CIVIL ACTION NO.
VS.                                      )
                                         )        3:17-CV-0704-G (BN)
DALLAS POLICE DEPARTMENT,                )
ET AL.,                                  )
                                         )
            Defendants.                  )


## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE


The United States Magistrate Judge made findings, conclusions, and a

recommendation in this case.  An objection was filed by plaintiff.  The district court

reviewed *de novo* those portions of the proposed findings, conclusions, and

recommendation to which objection was made, and reviewed the remaining proposed

findings, conclusions, and recommendation for plain error.  Finding no error, the

court **ACCEPTS** the findings, conclusions, and recommendation of the United States

Magistrate Judge.

**SO ORDERED**.

October 26, 2017.

A. JOE FISH
**Senior United States District Judge**